IN THE UNITED STATES BANKRUPTYC COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-40163-JTL |
| | ) | |
| Larry Dennis Harville | ) | |
| | ) | |
| DEBTOR, | ) | CHAPTER 7 |

## NOTICE OF TURNOVER OF UNCLAIMED FUNDS

COMES NOW, Joy R. Webster, Chapter 7 Trustee in the above-referenced case and pursuant to 11 U.S.C § 347 and F.R.B.P. 3011 show the following:

1.

The above-referenced case was filed on January 22, 2003 and Joy R. Webster was appointed as and acted as Chapter 7 Trustee in the case.

2.

A Distribution was made to creditors from the estate on or about September 6, 20012.  As part of the distribution, a check was forwarded to the debtor, Larry Dennis Harville, in the amount of $8,292.90 for payment of 50% of the surplus funds from the estate.  Said check was returned as address unknown, unable to forward.  An attempt to contact the debtor at a new address was unsuccessful and the check became stale-dated and was voided.  The last known address of Larry Dennis Harville is 4305 Newsome Dr., #B, Phenix City, AL 36870-2306.

3.

A check has been issued made payable to the United States Bankruptcy Court in the amount of $8,292.90 to be disposed of as unclaimed funds.

Wherefore, Joy R. Webster, Chapter 7 Trustee prays that the Court will accept the funds and dispose of them appropriately.

This **18th** day of **January, 2013.**


Akin, Webster & Matson, P.C.
P.O. Box 1098
Macon, GA 31202
(478) 742-1889

 /s/ Joy R. Webster
Joy R. Webster
Chapter 7 Trustee
GA Bar No. 605523